# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**DAVID GARNER, CHASE MCDONALD,**
**and JODY CHAMPAGNE,**

        **Plaintiffs,**

**-vs-**　　　　　　　　　　　　　　　　　　　　　　　**Case No. 6:08-cv-925-Orl-22KRS**

**CENTRAL FLORIDA STONE WORKS,**
**INC. and JOHN UZNIS,**

        **Defendants.**
_____

## ORDER

This cause is before the Court on Plaintiffs' Notice of Voluntary Dismissal Without Prejudice (Doc. No. 36) filed on December 22, 2008, which the Court has construed as a motion to dismiss (Doc. No. 38).

The United States Magistrate Judge has submitted a report recommending that the Motion be granted.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendations.

Therefore, it is **ORDERED** as follows:

1. The Report and Recommendation filed January 13, 2009 (Doc. No. 39) is ADOPTED and CONFIRMED and made a part of this Order.

2. The Motion to Dismiss (Doc. No. 36) is hereby GRANTED.

3. This action is hereby DISMISSED WITHOUT PREJUDICE.

4. The Clerk is directed to CLOSE the file.

**DONE** and **ORDERED** in Chambers, in Orlando, Florida on January 28, 2009.

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party

ANNE C. CONWAY
United States District Judge